UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
TRUSTEES OF THE LOCAL 806
STRUCTURAL STEEL AND BRIDGE
PAINTERS OF GREATER NEW YORK
EMPLOYEE TRUST FUNDS, et al.,

                        Plaintiffs,

v.

AMERICAN VENTURE CONSTRUCTION
LLC, et al.,

                        Defendants.
---------------------------------------------------------X

**ORDER**

No. 21-CV-01012 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Order dated November 8, 2021 required Plaintiffs to file a status letter on the status of the pending bankruptcy proceedings by December 1, 2021 and every 120 days thereafter until the bankruptcy proceedings are resolved. (Doc. 49; *see also* Doc. 17).

No such letter appears on the docket.

As the parties have failed to timely submit the letter, it hereby ORDERED that by December 6, 2021, Plaintiffs shall file the status letter.

                                      **SO ORDERED:**

Dated: White Plains, New York
         December 2, 2021

                                      _____
                                      Philip M. Halpern
                                      United States District Judge