UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE LOCAL 806
STRUCTURAL STEEL AND BRIDGE
PAINTERS OF GREATER NEW YORK
EMPLOYEE TRUST FUNDS, et al.,                                   **ORDER**

                            Plaintiffs,          No. 21-CV-01012 (PMH)

v.

AMERICAN VENTURE CONSTRUCTION
LLC, et al.,

                            Defendants.
------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared today for a telephone case management conference. As discussed on the record, the Court is setting the matter down for a non-jury trial.

The parties are hereby on five days' notice of trial after July 18, 2022. The Court's Individual Practices Rule 6.A material is due May 27, 2022; and their Rules 6.B and 6.D material is due June 24, 2022.

As discussed at the conference, the parties are directed to meet and confer, and by April 28, 2022, they shall file either a stipulation dismissing the action as against American Venture Group Inc., or a letter, no more than five pages, explaining why the entity should not be dismissed.

The Court will separately docket an Order referring to the parties to the assigned Magistrate Judge for settlement.

SO ORDERED.

Dated: White Plains, New York
        April 21, 2022

                                        _____
                                        Philip M. Halpern
                                        United States District Judge