```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
TRUSTEES OF THE LOCAL 806
STRUCTURAL STEEL AND BRIDGE
PAINTERS OF GREATER NEW YORK                        ORDER
EMPLOYEE TRUST FUNDS, et al.,

                        Plaintiffs,                 No. 21-CV-01012 (PMH)
        v.

AMERICAN VENTURE CONSTRUCTION
LLC, et al.,
                        Defendants.
---------------------------------------------------------X
```

PHILIP M. HALPERN, United States District Judge:

On May 26, 2022, the Court was advised that the parties had settled this case in principle. A proposed "Stipulation of Judgment by Consent" was then filed, providing for the entry of judgment only against the individual defendant Alan Francisco, and stating that it is not binding on any other party other than such individual. (Doc. 63). The Court so-ordered that stipulation today.

The two remaining defendants in this case, American Venture Construction LLC and American Tri-venture LLC, are debtors in ongoing bankruptcy proceedings. The claims in this case against those remaining defendants, therefore, have been stayed pursuant to 11 U.S.C. § 362.

The Court will issue an order administratively closing this case without prejudice to reopen within 30 days of the conclusion of the bankruptcy proceeding unless, by June 3, 2022, the parties advise the Court by letter filed via ECF why this stayed case should remain open and active in light of the settlement.

SO ORDERED.

Dated: White Plains, New York
       May 27, 2022

                                                    _____
                                                    Philip M. Halpern
                                                    United States District Judge