UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE LOCAL 806 STRUCTURAL STEEL )
AND BRIDGE PAINTERS OF GREATER NEW YORK ) Index No.: 21-CIV-1012 (PMH)
EMPLOYEE TRUST FUNDS and TRUSTEES OF THE )
DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY )
INSURANCE FUND and TRUSTEES OF THE DISTRICT )
COUNCIL NO. 9 PAINTING INDUSTRY ANNUITY FUND )
and THE STRUCTURAL STEEL AND BRIDGE PAINTERS )
OF GREATER NEW YORK LOCAL UNION NO. 806, ) STIPULATION OF
) JUDGMENT BY CONSENT
                        Plaintiffs, )
)
-against- )
)
AMERICAN VENTURE CONSTRUCTION LLC and )
AMERICAN VENTURE GROUP INC. and AMERICAN )
TRI-VENTURE LLC a/k/a AMERICAN TRIVENTURE )
a/k/a EAST COAST COMMERCIAL RENOVATORS LLC )
and ALAN FRANCISCO, Individually, )
)
                        Defendants. )

---

This Stipulation of Judgment by Consent is being entered into between counsel for the Plaintiffs, Trustees of the Local 806 Structural Steel and Bridge Painters of Greater New York Employee Trust Funds and Trustees of the District Council No. 9 Painting Industry Insurance Fund and Trustees of the District Council No. 9 Painting Industry Annuity Fund (hereinafter referred to as the "Funds") (collectively referred to as "Plaintiffs") and the Structural Steel and Bridge Painters of Greater New York Local Union No. 806, (hereinafter referred to as the "Union") or (collectively referred to as "Plaintiffs") and counsel for the Defendant Alan Francisco in the above entitled action.

It is hereby agreed by the Parties and to be "So Ordered" and entered by the Court that the Plaintiffs have Judgment only against the individual defendant "Alan Francisco" in the liquidated amount of Nine Hundred and Ninety-One Thousand and One Hundred and Seventeen Dollars and

Eighty-One Cents ($991,117.81), which includes principal contributions, interest, liquidated damages, and audit fees for the audit period January 1, 2017 through December 31, 2020.

It is hereby further agreed that this judgment is not binding on any other Party other than the individual named herein and any amounts paid towards this Judgment by any third party shall be credited against the Judgment herein.

AGREED and CONSENTED this 26th day of May 2022

| Hertz Legal PC | Barnes, Iaccarino & Shepherd LLP |
|---|---|
| By: *Karen Mizrahi* | By: *Dana L. Henke* |
| Karen L. Mizrahi | Dana L. Henke |
| 503 Half Moon Bay Drive | 258 Saw Mill River Road |
| Croton on Hudson, New York 10520 | Elmsford, New York 10523 |
| (914) 393-6971 | (914) 592-1515 |

SO ORDERED:

_____
Honorable Philip M. Halpern, U.S.D.J.
Dated: May 27, 2022

This document was entered on the docket on

_____

Judgement Entered:

_____

Clerk

By:_____
Deputy Clerk